Submitted on remand from Oregon Supreme Court March 11, conviction affirmed; remanded for resentencing April 21, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS LEE HOUSERMAN,
*Appellant.*

(91C20032; CA A70271)

849 P2d 1161

Eric R. Johansen, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Haydon,* 116 Or App 347, 842 P2d 410 (1992).